# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 210 DB 2015  (No. 17 RST 2016) |
| | : | |
| | : | |
| ERIC J. CROYLE | : | Attorney Registration No.  72777 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM INACTIVE STATUS | : | (Out of State) |

# O R D E R

**PER CURIAM**

**AND NOW**, this 26th day of February, 2016, the Report and Recommendation of Disciplinary Board Member dated February 11, 2016, is approved and it is ORDERED that Eric J. Croyle, who has been on Inactive Status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.

Justice Eakin did not participate in the consideration or decision of this matter.